CHAUNCEY K. DOUGLAS, as Administrator, etc., of IDA M. DOUGLAS, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23913.)

CHAUNCEY K. DOUGLAS, as Administrator, etc., of MALCOLM DOUGLAS, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23914.) BEATRICE GUTBRODT, as Administratrix, etc., of FRANK E. GUTBRODT, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23955.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.